**Opinion filed October 3, 2024**



# In The

# Eleventh Court of Appeals

_____

## No. 11-24-00183-CV

_____

## IN THE INTEREST OF U.K., III, A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 11126-CX**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from a final order in which the trial court terminated the parental rights of the mother and alleged father of U.K., III.[1]  *See* TEX. FAM. CODE ANN. § 161.001 (West Supp. 2023).  Only the mother, Appellant, filed a notice of appeal.  We affirm the trial court's order of termination.

Appellant's court-appointed counsel has filed a motion to withdraw in this court.  The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law, and concludes that there are no arguable issues to present on appeal.  Counsel certified to this court that he provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of the clerk's record and reporter's record.  Counsel

---

[1]We use initials to refer to the child and the child's family members.  TEX. R. APP. P. 9.8(b).

also advised Appellant of her right to object to his motion to withdraw, and to file a pro se brief. *See* TEX. R. APP. P. 6.5. As such, court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record in this case, and we agree that Appellant's appeal is frivolous and without merit.

However, in light of the Texas Supreme Court's holding in *In re P.M.*, an *Anders* motion to withdraw "may be premature" if filed in the court of appeals under the circumstances presented in this case. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) ("[A]n *Anders* motion to withdraw brought in the court of appeals, in the absence of additional grounds for withdrawal, may be premature."). The court in *P.M.* held that, in parental termination cases, court-appointed counsel's duty to his or her client generally extends "through the exhaustion of [all] appeals." *Id*. at 27–28. In this regard, "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *Id.*

Accordingly, we deny counsel's motion to withdraw, and we affirm the trial court's order of termination.

W. STACY TROTTER

October 3, 2024                    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.